1   CHRISTOPHER CHIOU
    Acting United States Attorney
2   District of Nevada
    Nevada Bar #14853
3   BIANCA R. PUCCI
    Assistant United States Attorney
4   501 Las Vegas Blvd. South, Suite 1100
    Las Vegas, Nevada 89101
5   Phone: (702) 388-5080
    Bianca.Pucci@usdoj.gov
6   *Attorneys for the United States of America*

7                **UNITED STATES DISTRICT COURT**
                       **DISTRICT OF NEVADA**
8

9   IN THE MATTER OF THE SEARCH OF:          Case No. 2:21-mj-00809-DJA

10  INFORMATION ASSOCIATED WITH
    THE CELLULAR DEVICE ASSIGNED             **Government's Motion to Unseal Case**
    CALL NUMBER (909) 965-8191, THAT
11  IS STORED AT PREMISES
    CONTROLLED BY T-MOBILE USA,
12  INC.

13

14       The United States of America, by and through the undersigned, respectfully moves this

15  Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal

16  the Search Warrant filed under the instant case and all related documents as the target has been

17  detained.

18  DATED this 8th day of October, 2021.

19                                           Respectfully,

20                                           CHRISTOPHER CHIOU
                                             Acting United States Attorney
21
                                             */s/ Bianca R. Pucci*
22                                           BIANCA R. PUCCI
                                             Assistant United States Attorney
23

24

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

IN THE MATTER OF THE SEARCH OF:

INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (909) 965-8191, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE USA, INC.

Case No. 2:21-mj-00809-DJA

**Order to Unseal Case**

Based on the Motion of the Government, and good cause appearing therefore, IT IS

HEREBY ORDERED that the instant case shall be unsealed.

DATED this 12th day of October, 2021.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2